■   In the Matter of the Intermediate Accounting of SECURITY TRUST COMPANY OF ROCHESTER, as Trustee of an Express Trust Executed by CHARLES M. THOMS and Others, Respondent. JANET INGERSOLL, Appellant. (Action No. 1.) (And Seven Other Actions.) — Orders unanimously affirmed, without costs of this appeal to any party. Memorandum: Special Term achieved the correct result but we do not adopt its language or reasoning. The order of reference herein was not a reference to hear and determine but rather one to hear and report. The court retained its supervisory control over the Referee and the proceedings. The record warranted a finding of vexatious delay, obstruction and frustration upon the part of the objector. (Appeal by Janet T. Ingersoll from order of Monroe Special Term dismissing the respondent's objections to accounts of the trustees; also, appeal from order denying motion to vacate above order.) Present — Williams, P. J., Bastow, Goldman and McClusky, JJ.

■   CITY OF BUFFALO, Respondent, v. JOHN MICHAEL et al., Defendants, and WHITMIER & FERRIS CO., INC., Appellant.— Judgment insofar as appealed from unanimously reversed on the law and facts, with costs and matter remitted to Erie Special Term for further proceedings in accordance with the memorandum. Memorandum: In denying the appellant recovery for advertising structures as compensable fixtures the trial court relied on the decision of the Court of Claims in Whitmier & Ferris Co. v. State of New York (21 Misc 2d 70). Thereafter that case was unanimously reversed by this court (Whitmier & Ferris Co. v. State of New York, 12 A D 2d 165) and it was determined that the owners of such fixtures could recover damage therefor upon condemnation of the real property. Thus a new trial is required to give the appellant an opportunity to establish damage, if any, by reason of the appropriation. We do not reach or pass upon the measure of damage to be applied except to say that the award, if any, should not be deducted from or carved out of the award made to the fee owner which has already been paid since the value of the fee was determined without considering the fixtures of the appellant in any fashion. (Appeal by Whitmier & Ferris Co., Inc, from part of a judgment of Erie Special Term awarding $47,250 to defendant Ida Gershuni, in a condemnation proceeding.) Present — Williams, P. J., Bastow, Goldman, Henry and Noonan, JJ.